**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

VAN JENKINS, *et al.*,

      Plaintiffs,

v.                                            Case No. 07-13860

ANN ARBOR POLICE DEP'T,         Honorable Arthur J. Tarnow
                                                         Magistrate Judge Mona J. Majzoub

      Defendant.
                                           /

## ORDER ADOPTING MAGISTRATE JUDGE'S ORDER [18] REGARDING PLAINTIFF'S MOTIONS FOR APPOINTMENT OF COUNSEL [3, 16]

      Before the Court is plaintiff Van Jenkins's Appeal of the Magistrate Judge's Order Denying Plaintiff's Motion for Appointment of Counsel.

      Under Federal Rule of Civil Procedure 72(a), "the district judge . . . shall consider such objections and shall modify or set aside any portion of the magistrate judge's order found to be clearly erroneous or contrary to law." Judge Majzoub's order was not clearly erroneous. Plaintiff Jenkins has no right to counsel, because this is a civil case which does not present exceptional circumstances at this time.

      Accordingly, the motions for appointment of counsel are DENIED without prejudice.

      **IT IS SO ORDERED.**


                                      S/ARTHUR J. TARNOW
                                      Arthur J. Tarnow
                                      United States District Judge

Dated: January 15, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 15, 2008, by electronic and/or ordinary mail.

      S/THERESA E. TAYLOR
      Case Manager