**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

VAN JENKINS,

      Plaintiff,

v.                                             Case No.  07-13860

ANN ARBOR POLICE DEP'T, *et al.*,    Honorable Arthur J. Tarnow
                                                                    Magistrate Judge Mona K. Majzoub

      Defendant.
_____/

**ORDER REJECTING PLAINTIFF'S OBJECTION [43] TO MAGISTRATE JUDGE'S ORDER [41]
DENYING PLAINTIFF'S REQUEST [40] FOR RECONSIDERATION OF DISCOVERY RULING [37];
REJECTING PLAINTIFF'S OBJECTION [52] TO REPORT AND RECOMMENDATION [49];
ADOPTING THE REPORT AND RECOMMENDATION [49];
AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [42]**

      The court REJECTS the plaintiff's objections to M.J. Majzoub's discovery ruling and the report and recommendation.

      Accordingly, the report and recommendation is ADOPTED.  Defendants' motion for summary judgment is GRANTED.

      IT IS SO ORDERED.


                                        S/ARTHUR J. TARNOW
                                        Arthur J. Tarnow
                                        United States District Judge

Dated:  January 23, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 23, 2009, by electronic and/or ordinary mail.

                                        S/THERESA E. TAYLOR
                                        Case Manager